IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x

In the Matter of an Application to
Enforce Administrative Subpoena of the

U.S. Commodity Futures Trading Commission,

          Applicant,

    - against -

The McGraw-Hill Companies, Inc.,

          Respondent.

------------------------------------------------------------ x

Civil Action No.:
1:05-mc-00235-RCL

## MOTION TO ADMIT CAROLYN K. FOLEY, ESQUIRE
### *PRO HAC VICE*

COMES NOW, Richard L. Cys, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Carolyn K. Foley, *pro hac vice*, as counsel for McGraw-Hill Companies, Inc. ("McGraw Hill") in this proceeding. As grounds therefore, movant states:

    1.    Ms. Foley is a member in good standing of the Bars of the State of New York. She is also admitted to practice before the federal courts of Eastern and Southern Districts of New York and the United States Court of Appeals for the Second Circuit.

    2.    Ms. Foley is an experienced attorney and litigator. She is a chosen representative of McGraw-Hill, and has represented McGraw-Hill in proceedings raising similar issues before the United States District Court for the Southern District of New York.

    3.    Ms. Foley is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.



RECEIVED
JUN 2 0 2005
WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.  Movant is satisfied that Ms. Foley possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Carolyn K. Foley as *pro hac vice* as representative of Respondent in this proceeding.

DATED this 20th day of June, 2005.

Respectfully submitted,

*Richard L. Cys*
Richard L. Cys
D.C. Bar No. 087536
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005-1272
(202) 508-6600 (phone)
(202) 508-6699 (fax)

Counsel for Respondent

2

NYC 158887v1 3930059-11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
In the Matter of an Application to
Enforce Administrative Subpoena of the        :
                                               :   Civil Action No.:
U.S. Commodity Futures Trading Commission,    :   1:05-mc-00235-RCL
                                               :
              Applicant,                       :
                                               :
        - against -                            :
                                               :
The McGraw-Hill Companies, Inc.,               :
                                               :
              Respondent.                      :
---------------------------------------------------------------- x

## MEMORANDUM IN SUPPORT OF MOTION TO ADMIT
## CAROLYN K. FOLEY, ESQUIRE, *PRO HAC VICE*

In support of his Motion to Admit Carolyn K. Foley, Esquire, *Pro Hac Vice*, movant respectfully cites Rule 83.2 of the Local Rules of this Court.

DATED this 20th day of June, 2005.

Respectfully submitted,

*Richard L. Cys*

Richard L. Cys
D.C. Bar No. 087536
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005-1272
(202) 508-6600 (phone)
(202) 508-6699 (fax)

Counsel for Respondent

RECEIVED
JUN 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2005, copies of the foregoing Motion to Admit Carolyn K. Foley, Esquire *Pro Hac Vice,* Declaration in Support, Memorandum in Support and proposed Order were served by first-class mail, postage prepaid, upon the following:

Anthony M. Mansfield, Esq. (MA Bar 630216)
Michael Solinsky, Esq. (DC Bar 433754)
Laura Gardy, Esq. (Fl. Bar 523909)
United States Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581

_Richard L. Cys_

2