IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
In the Matter of an Application to
Enforce Administrative Subpoena of the

U.S. Commodity Futures Trading Commission,

          Applicant,

- against -

The McGraw-Hill Companies, Inc.,

          Respondent.
------------------------------------------------------- x

Civil Action No.:
1:05-mc-00235-RCL

## ORDER ADMITTING CAROLYN K. FOLEY, ESQUIRE
## *PRO HAC VICE*

Upon the Motion of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby,

ORDERED:

That Carolyn K. Foley, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of Respondent in this case.

DATED this _____ day of _____, 2005.

_____
United States District Judge