IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

In the Matter of an Application to
Enforce Administrative Subpoena of the

U.S. Commodity Futures Trading Commission,

          Applicant,

- against -

The McGraw-Hill Companies, Inc.,

          Respondent.

------------------------------------------------------------x

Civil Action No.:
1:05-mc-00235-RCL

**DECLARATION IN SUPPORT OF
MOTION TO ADMIT VICTOR A. KOVNER, ESQUIRE
*PRO HAC VICE***

VICTOR A. KOVNER declares under penalty of perjury:

1. I am a partner with the firm of Davis Wright Tremaine LLP, attorneys for Respondent, and I submit this declaration in support of the motion for my admission *pro hac vice* to the United States District Court for the District of Columbia.

2. My address and telephone number are 1633 Broadway, 27th Floor, New York, New York 10024 and 212-603-6472. I do not reside or maintain a business address in the Washington, D.C. area.

3. I have been a member in good standing of the Bar of the State of New York since 1962. I am also admitted to practice in the United States District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second, Third and Seventh Circuit and the United States Supreme Court. At no time have I ever been the subject of any disciplinary proceeding.

4.  I have not filed any other petitions for *pro haec vice* admission to the District Court for the District of Columbia in the past two years.

WHEREFORE, I respectfully request that I be admitted *pro haec vice* to the United States District Court for the District of Columbia for purposes of this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of June, 2005, New York, New York.

_____
Victor A. Kovner