IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

In the Matter of an Application to
Enforce Administrative Subpoena of the

U.S. Commodity Futures Trading Commission,

    Applicant,

  - against -

The McGraw-Hill Companies, Inc.,

    Respondent.

Civil Action No.:
1:05-mc-00235-RCL

---

### ORDER ADMITTING VICTOR A. KOVNER, ESQUIRE
### *PRO HAC VICE*

Upon the Motion of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby,

ORDERED:

That Victor A. Kovner, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel and representative of Respondent in this case.

DATED this _____ day of _____, 2005.

                _____
                United States District Judge