UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re the Matter of an Application to Enforce Administrative Subpoena of the U.S. Commodities Future Trading Commission,<br><br>Applicant,<br><br>v.<br><br>The McGraw-Hill Companies, Inc.,<br><br>Respondent. | Misc. No. 05-235 (RCL) |

### ORDER ADMITTING CAROLYN K. FOLEY, ESQUIRE PRO HAC VICE

Upon the motion of Richard L. Cys, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby

ORDERED that Carolyn K. Foley, Esquire, is admitted to the bar of this Court pro hac vice as counsel and representative of respondent in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 30, 2005.