UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the matter of an Application to Enforce Administrative Subpoena of the** )<br>)<br>)<br>**UNITED STATES COMMODITY FUTURES TRADING COMMISSION,** )<br>)<br>)<br>)<br>  **Applicant,** )<br>)<br>  v. )<br>)<br>**THE MCGRAW-HILL COMPANIES, INC.,** )<br>)<br>)<br>)<br>  **Respondent.** )<br>) | Misc. No. 05-235 (RCL) |

## ORDER

Upon consideration of Respondent's Motion [8] to File Surreply in Further Opposition to the CFTC's Motion [1] to Enforce Administrative Subpoena, the Opposition thereto [9] and the record herein, it is hereby

ORDERED that Respondent's Motion [8] to File Surreply is GRANTED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 20, 2005.