UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the matter of an Application to Enforce Administrative Subpoena of the ) ) ) UNITED STATES COMMODITY FUTURES TRADING COMMISSION, ) ) ) Applicant, ) ) v. ) ) THE MCGRAW-HILL COMPANIES, INC., ) ) ) Respondent. ) ) | Misc. No. 05-235 (RCL) |

## ORDER

Upon consideration of Energy Company's unopposed June 23, 2005 and June 28, 2005 Motions to Seal, unopposed June 23, 2005 Motion to Intervene and the record herein, it is hereby

ORDERED that Energy Company's unopposed Motion to Intervene is GRANTED. It is further

ORDERED that Energy Company's unopposed Motions to Seal are GRANTED in part and DENIED in part. They are GRANTED only as to documents that reference the name of Energy Company; they are DENIED as to all other documents. Energy Company has not shown that its interest in sealing all documents outweighs the public's right of access, nor has it shown that this Court's June 20, 2005 Order sealing certain documents upon the request of Applicant CFTC in its June 16, 2005 Motion [2] is insufficient protection of Energy Company's identity. It

is further

ORDERED that the documents which were sealed pursuant to this Court's June 20, 2005 Order shall remain sealed.  It is further

ORDERED that any documents submitted under seal pending this Court's ruling on Energy Company's Motion to Seal shall not be under seal.  It is further

ORDERED that the parties are hereby directed not to publicly reference the identity of Energy Company in the hearing currently scheduled for September 27, 2005, or in any future hearings or filings.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 20, 2005.