UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the matter of an Application to Enforce Administrative Subpoena of the | ) ) ) ) | |
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | |
| Applicant, | ) ) | Misc. No. 05-235 (RCL) |
| v. | ) ) | |
| THE MCGRAW-HILL COMPANIES, INC., | ) ) ) ) | |
| Respondent. | ) ) | |

# **ORDER**

Upon consideration of Applicant's Motion [1] to Enforce Administrative Subpoena, the Opposition and Reply thereto and the record herein, it is hereby

ORDERED that Applicant's Motion [1] to Enforce Administrative Subpoena is GRANTED as modified in this Order. It is further

ORDERED that Document Requests Nos. 1-2 and 6-14 from the administrative subpoena shall remain unmodified and enforceable as originally issued by Applicant. It is further

ORDERED that Request Nos. 3, 4 and 5 of the administrative subpoena shall be modified to read as follows:

> 3. All documents submitted by Energy Company received by McGraw-Hill to gather, calculate and publish price and volume information about natural gas

        transactions.

4.      All documents concerning communications between Energy Company and Platts, including, without limitation, written correspondence (e.g., facsimile), electronic correspondence (e.g., email and/or instant message), telephone logs, audio recordings, notes, memoranda, and diary or journal entries.

5.      All documents reflecting the formulas used to calculate index prices for each natural gas delivery point at which Energy Company submitted price and volume information on each day of the Relevant Time Period.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 4, 2005.