UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the matter of an Application to Enforce Administrative Subpoena of the** ) ) ) | |
| **UNITED STATES COMMODITY FUTURES TRADING COMMISSION,** ) ) ) | |
| Applicant, ) ) | |
| v. ) ) | Misc. No. 05-235 (RCL) |
| **THE MCGRAW-HILL COMPANIES, INC.,** ) ) ) | |
| Respondent. ) ) | |

## ORDER

Upon consideration of the parties' Stipulation extending the time for Respondent McGraw-Hill to serve its reply papers in further support of its Motion [16] to Clarify this Court's October 4, 2005 Order, it is hereby

ORDERED that the parties' Stipulation is approved. Respondent shall file its Reply in further support of its Motion by November 14, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 7, 2005.