UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the matter of an Application to Enforce Administrative Subpoena of the<br><br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　Applicant,<br><br>　　v.<br><br>THE MCGRAW-HILL COMPANIES, INC.,<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Misc. No. 05-235 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Respondent's Motion [16] to clarify and for a protective order, the Opposition [17] and Reply [19] thereto, the applicable law and the entire record herein, it is hereby

ORDERED that Respondent's Motion [16] to clarify and for a protective order is DENIED.  It is

FURTHER ORDERED that Respondent shall comply with the subpoena issued by the CFTC, as modified by this Court's October 4, 2005 Order, within 30 (thirty) days from this date.

　　　SO ORDERED.

　　　Signed by Royce C. Lamberth, United States District Judge, December 2, 2005.