UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In the matter of an Application to Enforce Administrative Subpoena of the UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Applicant, <br><br> v. <br><br> THE MCGRAW-HILL COMPANIES, INC., <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Misc. No. 05-235 (RCL) |

## ORDER

This matter comes before the Court on Applicant's Request [22] for Conference Pursuant to Federal Rule of Civil Procedure 16.

The Court has entered a final Order. Rule 16 applies to pretrial proceedings. Applicant's Request [22] for Conference Pursuant to Federal Rule of Civil Procedure 16 is DENIED.

An appropriate motion for contempt or other enforcement action is the method for resolving any dispute about compliance with the Court's final Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.